IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ADALYS FUSCO,

    Plaintiff,                                       CASE NO.: _____

v.

SAGE DENTAL MANAGEMENT, LLC,
a Florida Limited Liability Company,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, SAGE DENTAL MANAGEMENT, LLC, ("**Defendant**" or "**Sage**"), by and through its undersigned counsel, hereby provides notice of removal of this action to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, from the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida, and states as follows:

1. Plaintiff filed this one-count action in Broward County Circuit Court on or about November 13, 2019, claiming that Defendant violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "**FLSA**"). The Circuit Court docketed the matter as Case Number 19-CACE-023470 (08).

2. Defendant accepted service of the Civil Action Summons and Complaint on or about November 21, 2019. A copy of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. There have been no further proceedings in this case.

3. Pursuant to 28 U.S.C. § 1441:

> (a) [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4. Defendant removes the action to this Court based on federal question jurisdiction. *See* 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The Complaint alleges one cause of action under the FLSA. The FLSA is a law of the United States. Therefore, this Court has federal question jurisdiction over Plaintiff's Complaint.

5. Accordingly, federal question jurisdiction exists pursuant to 28 U.S.C. § 1331 and this action is removable pursuant to 28 U.S.C. § 1441.

6. The United States District Court for the Southern District of Florida is the judicial district embracing the place where this case is pending. *See* 28 U.S.C. § 89.

7. Plaintiff initiated this action in Broward County, which is located within this Court's venue.

8. This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint- on or about November 21, 2019. *See* 28 U.S.C. § 1446(b).

9. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibits A and B.

10. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed in the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida, on this date.

WHEREFORE, Defendant hereby provides notice that Case Number 19-CACE-023470 (08), pending in the Circuit Court of the Seventeenth Judicial Circuit, Broward County, Florida, is removed to this Court for all further proceedings.

Dated: December 11, 2019.

          Respectfully Submitted,

          **BUCHANAN INGERSOLL & ROONEY PC**
          401 E. Las Olas Boulevard, Suite 2250
          Fort Lauderdale, Florida 33301
          Telephone: (954) 468-2300
          Facsimile: (954) 527-9915
          *Counsel for Defendant*

By:   */s/ Mary Beth Ricke*
       Mary Beth Ricke, Esq.
       Florida Bar No. 107213
       marybeth.ricke@bipc.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail and via the Clerk of Court using the CM/ECF system which sends notification of such filing to the following counsel for Plaintiff on this 11th day of December 2019:

Noah E. Strorch, Esq.
Robert D. Pecchio, Esq.
Richard Celler Legal, P.A.
10368 W. SR 84, 103
Davie, Florida 33325
Tel: (866) 344-9243
Fax: (954) 337-2772
*Counsel for Plaintiff*

By:   */s/ Mary Beth Ricke*
       Mary Beth Ricke, Esq.