# EXHIBIT A

IN THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY FLORIDA

**ADALYS FUSCO,**

      Plaintiff,                                          CASE NO.:

v.

**SAGE DENTAL MANAGEMENT, LLC,**
a Florida Limited Liability Company,

      Defendant.
_____/

**SUMMONS**
**PERSONAL SERVICE**
**ON A CORPORATION**

TO:    SAGE DENTAL MANAGEMENT, LLC.
         C/O CYNTHIA M. PERRONE – REGISTERED AGENT
         951 BROKEN SOUND PARKWAY
         SUITE 250
         BOCA RATON, FL 33487

**IMPORTANT**

      A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff(s)/Plaintiff's Attorney" named below.

/s/ Noah E. Storch
Noah E. Storch, Esq.
Florida Bar No. 0085476
Robert Pecchio, Esq.
Florida Bar No. 1005955
RICHARD CELLER LEGAL, P.A.
10368 W. SR. 84 Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: noah@floridaovertimelawyer.com
E-mail: robert@floridaovertimelawyer.com

Si desea responder a su demanda por escrito por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, usted debe enviar por correo o entregar personal mente una copia de su respuesta a la personal denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

/s/ Noah E. Storch
Noah E. Storch, Esq.
Florida Bar No. 0085476
Robert Pecchio, Esq.
Florida Bar No. 1005955
RICHARD CELLER LEGAL, P.A.
10368 W. SR. 84 Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail:noah@floridaovertimelawyer.com
E-mail: robert@floridaovertimelawyer.com

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant(s).

DATED ON     NOV 14 2019

CLERK OF THE CIRCUIT COURT
BROWARD COUNTY, FLORIDA

(Seal)

By: _____
Deputy Clerk
BRENDA D. FORMAN

**NOTICES TO PERSONS WITH DISABILITIES**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."